**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| VANESSA MAYEN AND CHRIS ESPANA,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, AND PAG ONTARIO B1, INC., DBA BMW OF ONTARIO, and DOE 1 through DOE 101, inclusive,<br><br>Defendants. | Case No. 8:19-CV-01192 (AG-SK)<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Complaint Filed: May 14, 2019<br><br>District Judge: Andrew J. Guilford<br>Courtroom: 10D<br><br>Magistrate Judge: Steve Kim<br>Courtroom 540, 5th Floor<br><br>Trial Date: Not Set |

Pursuant to Local Rules 7-1 and 52-4.1, the Court has reviewed the Stipulation to Remand Case to State Court and hereby orders as follows:

The Action shall be remanded to State Court in accordance with the parties' stipulation.

**IT IS SO ORDERED.**

Dated: July 9, 2019

_____
HON. ANDREW J. GUILFORD
DISTRICT JUDGE

-1-   Case No. 8:19-CV-01192 (AG-SK)
ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT